IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA MCDANIEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALLSTATE INSURANCE COMPANY, )<br>and LIBERTY MUTUAL FIRE )<br>INSURANCE COMPANY, )<br>)<br>Defendants. )<br>) | CIVIL ACTION<br>FILE NO.:1:05-CV-0161-JOF |

## PLAINTIFF'S RESPONSES TO MANDATORY DISCLOSURES

1.

State precisely the classification of the cause of action being filed, a brief factual outline of the case including Plaintiff's contentions as to what Defendant did or failed to do, and a succinct statement of the legal issues in the case.

ANSWER:

This is a Bad Faith, First-Party insurance suit in which Plaintiff alleges that Defendants Liberty Mutual and Allstate, the insurance carriers for her vehicles and home respectively, failed to cover her property damage losses stemming from a fire. On March 9, 2004, a fire occurred in the garage area of Ms. McDaniel's home. Specifically, on March 9, 2004 (at 12:00 in the afternoon on a Tuesday), Ms. McDaniel's 1997 Cadillac Deville, which had just been returned to her after undergoing repairs at a maintenance facility, caught fire due to a defect in the engine compartment. This fire spread from the vehicle to Ms. McDaniel's home and caused substantial damage to Ms. McDaniel's real and personal property. Ms. McDaniel made demand upon both Defendants for payment under her respective policies; however, both Defendants denied

coverage. Plaintiff now brings this action pursuant to O.C.G.A. §33-4-6, and for breach of contract.

2.

Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which Plaintiff contends are applicable to this action.

ANSWER:

O.C.G.A. §33-4-6; Georgia Common law

3.

Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information. (Attach witness list to responses to mandatory disclosures as Attachment "A.").

ANSWER:

See Attachment "A."

4.

Provide the name of any person who may be used at trial to present evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in F.R.Civ.P., 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to response to mandatory disclosures as Attachment "B".).

ANSWER:

Robert Keith Bell - Holland Investigations - Origin and Cause Expert (Investigator Bell is in the process of preparing a report.)

Charles D. Keene, Jr. - Keene Investigative Services, Inc. - Vehicle Origin and Cause Expert (Investigator Keene's preliminary report is attached.)

David R. Gordon - Dekalb County Fire Department (Officer Gordon responded to the scene on behalf of the county and was not hired in anticipation of litigation)

Melvin K. Carter - Dekalb County Fire Department (Officer Carter responded to the scene on behalf of the county and was not hired in anticipation of litigation)

5.

Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that are relevant to disputed facts alleged with particularity in the pleadings. (Attach document list and descriptions to responses to mandatory disclosures as Attachment "C.").

ANSWER:

Plaintiff is still attempting calculation of her total damages. Plaintiff's damages may be categorized as follows:

| | |
|---|---|
| Damage to vehicle: | $10,000.00 |
| Damage to Real property: | $120,000.00 |
| Damage to Personal property: | $80,000.00 |
| Additional Living Expenses: | To Be Determined |

This response will be supplemented as discovery continues.

6.

In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection and copying as under F.R.Civ.P. 34. (Attach any copies and descriptions to responses to mandatory disclosures as

Exhibit "D.").

ANSWER:

See above response

7.

Attach for inspection and copying as under F.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to responses to mandatory disclosures as Attachment "E.").

ANSWER:

Plaintiff is in possession of no such document and anticipates that Defendants will produce the respective policies.

8.

Disclose the full name, address, and telephone number of all persons or legal entities who have a subrogation interest in the cause of action set forth in Plaintiff's cause of action and state the basis and extent of such interest.

ANSWER:

None.

MILLER & MARKLE, L.L.P.

_____
ERIC D. MILLER
Georgia State Bar No. 506574
Attorney for Plaintiff

23 Lenox Pointe
Atlanta, GA 30324
(404) 262-1955

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served the foregoing Plaintiff's Responses to Mandatory Disclosures on counsel of record by mailing a copy of same to be deposited in the United States mail, postage prepaid, addressed as follows:

> Jeffrey F. Leasendale, Esq.
> Law Offices of Allen & Associates
> 3100 Interstate North Circle, Suite 525
> Atlanta, Georgia 30339

> John L. McKinley, Jr., Esq.
> Carter & Ansley, LLP
> Suite 2300, Atlantic Center Plaza
> 1180 West Peachtree Street
> Atlanta, Georgia 30309

This __18__ day of __February__, 2005.

MILLER & MARKLE, L.L.P.

_____
ERIC D. MILLER
Attorney for Plaintiff

23 Lenox Pointe
Atlanta, Georgia 30324
(404) 262-1955

## ATTACHMENT "A"

1) Bianca McDaniel - Plaintiff; can testify regarding the facts of the occurrence and damages.

2) Barbara Allen - Co Worker - will testify regarding appointment scheduled with Plaintiff on day of file.

3) Employees of Benz & Beamer of Decatur - Will testify regarding work performed on the subject vehicle

Will be supplemented as discovery continues