IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BIANCA MCDANIEL, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO. 1-05-CV-0161 JOF |
| ALLSTATE INSURANCE COMPANY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants | ) | |

**DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S AMENDMENT TO ITS INITIAL DISCLOSURES**

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Responses to Initial Disclosures as Attachment A.)

Defendant Liberty Mutual Fire Insurance Company hereby supplements "Attachment A" to include the following: Sharon Gross, Liberty Mutual Fire Insurance Company, P.O. Box 2721, Norcross, Georgia 30091-2721; Connie Kirker, Liberty Mutual Fire Insurance Company, 2501 Wilmington Road, New

Castle, Pennsylvania 16105; Lee Sullivan, Liberty Mutual Fire Insurance Company, P.O. Box 2721, Norcross, Georgia 30091-2721; Wayne Suss, Liberty Mutual Fire Insurance Company, P.O. Box 2721, Norcross, Georgia 30091-2721. These persons are employees of Defendant Liberty Mutual Fire Insurance Company who were involved in the processing, investigation, and/or review of the plaintiff's claim.

_____(7)  Provide a copy of, or description by category and location of, all documents, data compilations, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information.  (Attach document list and descriptions to Responses to Initial Disclosures as Attachment C.)

Defendant Liberty Mutual Fire Insurance Company hereby supplements "Attachment C" to include the following: Recorded interviews of plaintiff, which have been produced or are being produced in response to discovery requests from the plaintiff to Liberty Mutual Fire Insurance Company.

*(-signatures on following page-)*

This 21st day of March, 2005.

   s/   John L. McKinley, Jr.
John L. McKinley, Jr.
Georgia Bar No. 495513

   s/   Catherine Garner
Catherine Garner
Georgia Bar No.285335

Attorneys for Defendant
Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2005, I electronically filed DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S AMENDMENT TO ITS INITIAL DISCLOSURES using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Eric D. Miller, Esq.
MILLER & MARKLE, L.L.P.
23 Lenox Pointe
Atlanta, Georgia 30324

Jeffrey F. Leasendale, Esq.
LAW OFFICE OF ALLEN & ASSOCIATES
3100 Interstate North Circle
Suite 525
Atlanta, Georgia 30339

I hereby certify that I have mailed by United States Postal Service the documents together with all attachments, to the above attorneys of record.

This 21st of March, 2005.

                                      s/   John L. McKinley, Jr.
                                      John L. McKinley, Jr.
                                      Georgia Bar No. 495513
                                      Attorney for Defendant
                                      Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)