IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA MCDANIEL, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) NO. 1-05-CV-0161 JOF |
| ALLSTATE INSURANCE | ) |
| COMPANY, and LIBERTY | ) |
| MUTUAL FIRE INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| Defendants | ) |

## ENTRY OF APPEARANCE

Comes now Catherine H. Garner and enters her appearance as additional counsel of record for defendant Liberty Mutual Fire Insurance Company in the above-styled civil action and hereby requests that all notices and pleadings of any kind be electronically served upon her at the following address:

cgarner@carteransley.com

This 22nd day of March, 2005.

s/ Catherine H. Garner

John L. McKinley, Jr.
Georgia Bar No. 495513
Catherine H. Garner
Georgia Bar No. 285335
Attorneys for Defendant Liberty
Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street, NE
Atlanta, Georgia 30309
(404) 658-9220 - Telephone
(404) 658-9726 - Facsimile
<u>cgarner@carteransley.com</u>

## CERTIFICATE OF COMPLIANCE

I do hereby certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing pleading has been prepared in Times New Roman 14 point.

\s\ Catherine H. Garner

Catherine H. Garner
Georgia Bar No. 285335
Attorney for Defendant
Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street, NE
Atlanta, Georgia 30309
(404) 658-9220 - Telephone
(404) 658-9726 - Facsimile
*cgarner@carteransley.com*

## CERTIFICATE OF SERVICE

This is to certify that I have this date served opposing counsel with a copy of the foregoing pleading by electronically filing same addressed as follows:

Eric D. Miller, Esq.
MILLER & MARKLE, L.L.P.
23 Lenox Pointe
Atlanta, Georgia 30324

Jeffrey F. Leasendale, Esq.
LAW OFFICE OF ALLEN & ASSOCIATES
3100 Interstate North Circle
Suite 525
Atlanta, Georgia 30339

This 22st of March, 2005.

                           s/   Catherine H. Garner
                           Catherine H. Garner
                           Georgia Bar No. 285335
                           Attorney for Defendant
                           Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street, NE
Atlanta, Georgia 30309
(404) 658-9220 - Telephone
(404) 658-9726 - Facsimile
cgarner@carteransley.com