IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA MCDANIEL, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ALLSTATE INSURANCE )<br>COMPANY, and LIBERTY )<br>MUTUAL FIRE INSURANCE )<br>COMPANY, )<br>)<br>Defendants ) | CIVIL ACTION FILE<br>NO. 1-05-CV-0161 JOF |

### DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S AMENDMENT TO ITS INITIAL DISCLOSURES

(5) <u>Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Responses to Initial Disclosures as Attachment A.)</u>

Defendant Liberty Mutual Fire Insurance Company hereby supplements "Attachment A" to include the following: Mr. Jimmy Subaru, Benz & Beamer of Decatur, 5942 Covington Highway, Decatur, Georgia 30035.

This 18th day of May, 2005.

           s/ John L. McKinley, Jr.
          John L. McKinley, Jr.
          Georgia Bar No. 495513

           s/ Catherine Garner
          Catherine Garner
          Georgia Bar No. 285335

          Attorneys for Defendant
          Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)
jmckinley@carteransley.com
cgarner@carteransley.com

## CERTIFICATE OF COMPLIANCE

I do hereby certify that the foregoing pleading complies with the font and point selections approved by the Court in Local Rule 5.1C. The foregoing pleading has been prepared in Times New Roman 14 point.

This 18th day of May, 2005.

                                                                                s/  Catherine Garner  
                                                                                Catherine Garner  
                                                                                Georgia Bar No.285335

CARTER & ANSLEY LLP  
Suite 2300, Atlantic Center Plaza  
1180 West Peachtree Street  
Atlanta, Georgia 30309  
(404) 658-9220 (telephone)  
(404) 658-9726 (facsimile)  
jmckinley@carteransley.com  
cgarner@carteransley.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2005, I electronically filed the foregoing using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Eric D. Miller, Esq.
MILLER & MARKLE, L.L.P.
23 Lenox Pointe
Atlanta, Georgia 30324

Jeffrey F. Leasendale, Esq.
LAW OFFICE OF ALLEN & ASSOCIATES
3100 Interstate North Circle
Suite 525
Atlanta, Georgia 30339

I hereby certify that I have mailed by United States Postal Service the foregoing to the above attorneys of record.

This 18th day of May, 2005.

s/ Catherine H. Garner
Catherine H. Garner
Georgia Bar No. 285335
Attorney for Defendant
Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)