IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA MCDANIEL, ) | |
| ) | |
| Plaintiff ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO. 1-05-CV-0161 JOF |
| ALLSTATE INSURANCE ) | |
| COMPANY, and LIBERTY ) | |
| MUTUAL FIRE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendants ) | |

**ENTRY OF APPEARANCE**

Comes now John D. Hadden and enters his appearance as additional counsel of record for defendant Liberty Mutual Fire Insurance Company in the above-styled civil action and hereby requests that all notices and pleadings of any kind be electronically served upon him at the following address:

jhadden@carteransley.com

This 29th day of July, 2005.

*Signature on following page*

    s/    John D. Hadden
John L. McKinley, Jr.
Georgia Bar No. 495513
jmckinley@carteransley.com
John D. Hadden
Georgia Bar No. 141317
jhadden@carteransley.com
Catherine H. Garner
Georgia Bar No. 285335
cgarner@carteransley.com
Attorneys for Defendant Liberty Mutual Fire Insurance Company
CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street, N. E.
Atlanta, Georgia 30309
(404) 658-9220 - (telephone)
(404) 658-9726 - (facsimile)

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to Local Rule 5.1, NDGa., the foregoing **ENTRY OF APPEARANCE** is prepared in Times New Roman, 14 point, and was served upon all counsel of record, electronically, using the CM/ECF system, which will automatically notify the following attorneys of record by electronic means:

>Eric D. Miller, Esq.
>emiller@millermarkle.com
>Miller & Markle, L.L.P.
>23 Lenox Pointe
>Atlanta, Georgia 30324
>
>Jeffrey F. Leasendale, Esq.
>jleas@allstate.com
>Law Office of Allen & Associates
>3100 Interstate North Circle
>Suite 525
>Atlanta, Georgia 30339

This 29th of July, 2005.

>   s/   John D. Hadden
>John D. Hadden
>Georgia Bar No. 141317
>jhadden@carteransley.com
>Attorney for Defendant
>Liberty Mutual Fire Insurance Company