IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BIANCA MCDANIEL, | ) | |
| | ) | |
| Plaintiff | ) | CIVIL ACTION FILE |
| | ) | |
| v. | ) | NO. 1-05-CV-0161-JOF |
| | ) | |
| ALLSTATE INSURANCE COMPANY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) ) ) ) | |
| | ) | |
| Defendants | ) | |

## REQUEST FOR FILING OF ORIGINAL DISCOVERY

Now comes Liberty Mutual Fire Insurance Company, defendant in the above-styled case, and requests that counsel for plaintiff Bianca McDaniel file the following original discovery with the Court:

(1)   Original transcript of Jeffrey Morrill's deposition taken on June 2, 2005.

This 7th day of September, 2005.

        s/   John L. McKinley, Jr.
John L. McKinley, Jr.
Georgia Bar No. 495513
jmckinley@carteransley.com
John D. Hadden
Georgia Bar No. 141317
jhadden@carteransley.com

        Attorneys for defendant
        Liberty Mutual Fire Insurance Company

CARTER & ANSLEY LLP
Suite 2300, Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309-3482
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to LR 5.1, NDGa., the foregoing *Request for Filing of Original Discovery* is prepared in Times New Roman, 14 point, and was filed with the clerk of court via the CM/ECF system which will automatically send email notification of filing to the following attorneys of record and by sending a copy by U. S. first class mail to the following attorneys of record:

>Eric D. Miller, Esq.
>emiller@millermarkle.com
>MILLER & MARKLE, L.L.P.
>23 Lenox Pointe
>Atlanta, Georgia 30324
>
>Jeffrey F. Leasendale, Esq.
>jleas@allstate.com
>LAW OFFICE OF ALLEN & ASSOCIATES
>3100 Interstate North Circle
>Suite 525
>Atlanta, Georgia 30339

This 7th day of September, 2005.

>    s/   John L. McKinley, Jr.
>John L. McKinley, Jr.