IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION



FILED IN O...
SEP 7 2005
LUTHER D. THOMAS, C.
                    Deputy Clerk

BIANCA MCDANIEL,

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY
and LIBERY MUTUAL FIRE
INSURANCE COMPANY,

    Defendants.

CIVIL ACTION FILE
1:05-cv-0161-JOF

### NOTICE OF MANUAL FILING

Please take notice that Defendant Allstate Insurance Company has manually filed the following documents:

Allstate Insurance Company's Motion for Partial Summary Judgment

Brief in Support of Motion for Partial Summary Judgment

Allstate Insurance Company's LR 56.1(B)(1) Statement of Material Facts as to Which There is No Genuine Issue to be Tried

These documents were not filed electronically because the undersigned counsel does not presently have the capability to convert the documents to an electronic (PDF) format.

These documents have been manually served on all parties.

          LAW OFFICE OF CLIFTON LEE &
          ASSOCIATES (formerly known as
          LAW OFFICE OF ALLEN & ASSOCIATES)

          By_____
          Jeffrey F. Leasendale
          GA Bar No. 442425
          Attorney for Defendant
          Allstate Insurance Company

3100 Interstate North Circle, Suite 525
Atlanta, GA 30339
(770) 989-5900

## CERTIFICATE OF SERVICE

This is to certify that I have on this date served a copy of the within and foregoing NOTICE OF MANUAL FILING upon:

Eric D. Miller, Esq.
Miller & Markle, LLP
23 Lenox Pointe
Atlanta, Georgia 30324

John L. McKinley, Esq.
Carter & Ansley, LLP
1180 West Peachtree Street
Suite 2300
Atlanta, Georgia 30309

This the 7th day of September, 2005.

LAW OFFICE OF CLIFTON LEE &
ASSOCIATES (formerly known as
LAW OFFICE OF ALLEN & ASSOCIATES)

By_____
Jeffrey F. Leasendale
GA Bar No. 442425
Attorney for Defendant
Allstate Insurance Company

3100 Interstate North Circle, Suite 525
Atlanta, GA 30339
770-989-5900

2