IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA MCDANIEL, | ) |
| | ) |
| Plaintiff | ) CIVIL ACTION FILE |
| | ) |
| v. | ) NO. 1:05-CV-0161-JOF |
| | ) |
| ALLSTATE INSURANCE COMPANY, and LIBERTY MUTUAL FIRE INSURANCE COMPANY, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF LIBERTY MUTUAL FIRE INSURANCE COMPANY WITH PREJUDICE**

Now come plaintiff BIANCA MCDANIEL and defendants ALLSTATE INSURANCE COMPANY and LIBERTY MUTUAL FIRE INSURANCE COMPANY, by and through their respective attorneys of record, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate and agree that plaintiff's complaint in the above-styled action, with respect to those claims asserted against Liberty Mutual Fire Insurance Company, shall be and hereby is dismissed with prejudice, and that plaintiff and Liberty Mutual Fire Insurance Company shall bear their own costs and expenses of litigation.

This 9th day of September, 2005.

| | |
|---|---|
| s/ Eric D. Miller | s/ John L. McKinley, Jr. |
| Eric D. Miller | John L. McKinley, Jr. |
| Georgia Bar No. 506574 | Georgia Bar No. 495513 |
| emiller@millermarkle.com | jmckinley@carteransley.com |
| *Electronically signed and e-filed by John L. McKinley, Jr., with express permission* | John D. Hadden |
| | Georgia Bar No. 141317 |
| | jhadden@carteransley.com |
| Attorney for Plaintiff Bianca McDaniel | Attorneys for defendant Liberty Mutual Fire Insurance Company |

MILLER & MARKLE, LLP
23 Lenox Pointe
Atlanta, Georgia 30324
(404) 262-1955 (telephone)

CARTER & ANSLEY LLP
2300 Atlantic Center Plaza
1180 West Peachtree Street
Atlanta, Georgia 30309
(404) 658-9220 (telephone)
(404) 658-9726 (facsimile)

   s/ Jeffrey F. Leasendale
Jeffrey F. Leasendale
Georgia Bar No. 442425
jleas@allstate.com
*Electronically signed and e-filed by John L. McKinley, Jr., with express permission*
Attorney for defendant Allstate Insurance Company

LAW OFFICE OF ALLEN & ASSOCIATES
3100 Interstate North Circle
Suite 525
Atlanta, Georgia 30339
(770) 989-5900 (telephone)

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

Pursuant to LR 5.1, NDGa., the foregoing *Stipulation of Dismissal with Prejudice* is prepared in Times New Roman, 14 point, and was filed with the clerk of court via the CM/ECF system which will automatically send email notification of filing to the following attorneys of record:

>Eric D. Miller, Esq.
>emiller@millermarkle.com
>MILLER & MARKLE, L.L.P.
>23 Lenox Pointe
>Atlanta, Georgia 30324
>
>Jeffrey F. Leasendale, Esq.
>jleas@allstate.com
>LAW OFFICE OF ALLEN & ASSOCIATES
>3100 Interstate North Circle
>Suite 525
>Atlanta, Georgia 30339

This 9th day of September, 2005.

                                      s/   John L. McKinley, Jr.
                                      John L. McKinley, Jr.