IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BIANCA MC DANIEL, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 1:05-CV-0161-JOF |
| ALLSTATE INSURANCE : | |
| COMPANY, : | |
| : | |
| Defendant. : | |

## OPINION AND ORDER

This matter is before the court on Liberty Mutual Fire Insurance Company's motion for summary judgment [32-1] and Allstate Insurance Company's motion for partial summary judgment [34-1].

Plaintiff, Bianca McDaniel, filed suit against Defendants, Allstate Insurance Company and Liberty Mutual Fire Insurance Company, seeking policy coverage for damages arising out of a car fire. On September 9, 2005, Plaintiff filed a voluntary dismissal of her claims against Liberty Mutual. Therefore, the court DENIES AS MOOT Liberty Mutual's motion for summary judgment [32-1]. On October 28, 2005, the court entered a consent order dismissing Plaintiff's bad faith claim against Allstate Insurance Company. As such, the court DENIES AS MOOT Allstate's motion for partial summary judgment [34-1].

AO 72A
(Rev.8/82)

On the basis of the foregoing, the court finds that the only claim remaining in Plaintiff's complaint is her breach of contract action against Allstate with respect to the property damage to her car. The court DIRECTS the parties to file a pretrial order on this claim within thirty (30) days from the date of this order.

**IT IS SO ORDERED** this 24th day of March 2006.

s/ J. Owen Forrester
J. OWEN FORRESTER
SENIOR UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)